Mark Manning
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
mamanning@chwb.net
Of Attorneys for the Plaintiff

RECVD'05 JUN 29 10:46USDC-ORP

FILED'05 JUL 05 10:03USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| CHRISTINE WEST, | ) | |
| | ) | Civil No. 04-6299-KI |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, | ) | FEES PURSUANT TO EAJA |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's attorney's Motion for payment of attorney fees is hereby granted, and attorney fees in the amount of $1,576.93 are awarded to plaintiff's attorney, Mark Manning, as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this ___ day of _____, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Mark A. Manning
OSB #00311
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA